UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-1865-Orl-41LRH

BEVERLY GUTIERREZ,

    Plaintiff,

v.

ORLANDO REALTY AND PROPERTY
MANAGEMENT, LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

Plaintiff, BEVERLY GUTIERREZ ("Plaintiff") by and through undersigned counsel, and pursuant to this Honorable Court's instructions in *D.E. 4*, hereby files her Notice of Pendency of Other Actions as follows:

In accordance with Local Rule 1.04(d), I certify that the instant action:

    ____  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _____
    _____
    _____
    _____

    __X__  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 14th day of October 2020.

                    Respectfully Submitted,

                    **USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC**
                    805 E. Broward Blvd., Suite 301
                    Fort Lauderdale, Florida 33301
                    (954) 871-0050
                    *Counsel for Plaintiff*

                    By: */s/ Jordan Richards*
                    JORDAN RICHARDS, ESQUIRE
                    Florida Bar No. 108372
                    *jordan@jordanrichardspllc.com*
                    *jake@jordanrichardspllc.com*
                    *melissa@jordanrichardspllc.com*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 14, 2020, I served the foregoing document via CM/ECF to the counsel listed below.

                    */s/ Jordan Richards, Esq.*
                    JORDAN RICHARDS, ESQUIRE
                    Florida Bar No. 108372

## SERVICE LIST:

**No Counsel Has Appeared to Date**