**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:20-cv-1865-Orl-41LRH**

BEVERLY GUTIERREZ,

    Plaintiff,

v.

ORLANDO REALTY AND PROPERTY
MANAGEMENT, LLC,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, BEVERLY GUTIERREZ ("Plaintiff"), by and through undersigned counsel, and pursuant to this Honorable Court's order in *D.E. 5*, hereby files her Certificate of Interested Persons and Corporate Disclosures Statement as follows:

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a) Plaintiff, BEVERLY GUTIERREZ

    b) Counsel for Plaintiff, USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC

    c) Counsel for Plaintiff, JORDAN RICHARDS, ESQUIRE

    d) Defendant, ORLANDO REALTY AND PROPERTY MANAGEMENT, LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the proceedings:

    a) None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    a) None.

4. the name of each victim (individual or corporate), including every person who may be entitled to restitution.

    a. Plaintiff, BEVERLY GUTIERREZ

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**Dated this 14th day of October 2020**.

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC**
    805 E. Broward Blvd., Suite 301
    Fort Lauderdale, Florida 33301
    (954) 871-0050
    *Counsel for Plaintiff*

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 108372
    *jordan@jordanrichardspllsc.com*
    *jake@jordanrichardspllc.com*
    *melissa@jordanrichardspllc.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2020, I served the foregoing document via CM/ECF to the counsel listed below.

*/s/ Jordan Richards, Esq.*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

**SERVICE LIST:**

**No Counsel Has Appeared to Date**