**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:20-cv-1865-Orl-41LRH**

BEVERLY GUTIERREZ,

    Plaintiff,

    v.

ORLANDO REALTY AND PROPERTY
MANAGEMENT, LLC,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

Jake Blumstein, Esquire, hereby files this Notice of Appearance on behalf of Plaintiff, **BEVERLY GUTIERREZ**, and respectfully requests to receive notice of any and all filings in this case as counsel of record.

**Dated this 14th day of October 2020.**

                                                          Respectfully Submitted,

                                                          **USA EMPLOYMENT LAWYERS –**
                                                          **JORDAN RICHARDS PLLC**
                                                          805 E. Broward Blvd. Suite 301
                                                          Fort Lauderdale, Florida 33301
                                                          (954) 871-0050
                                                          *Counsel for Plaintiff*

                                                          By: */s/ Jake Blumstein, Esquire*
                                                          JORDAN RICHARDS, ESQUIRE
                                                          Florida Bar No. 1108372
                                                          MELISSA SCOTT, ESQUIRE
                                                          Florida Bar No. 1010123
                                                          JAKE BLUMSTEIN, ESQUIRE
                                                          Florida Bar No. 1017746
                                                          jordan@jordanrichardspllsc.com
                                                          melissa@jordanrichardspllc.com
                                                          jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on October 14, 2020.

By: */s/ Jake Blumstein, Esquire*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST:

**No Counsel Has Appeared to Date**