## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:20-CV-1865-ORL-41LRH

Plaintiff:
**BEVERLY GUTIERREZ**

vs.

Defendant:
**ORLANDO REALTY AND PROPERTY MANAGEMENT, LLC**


PPJ2020004791

For:
JORDAN RICHARDS
USA EMPLOYMENT LAWYERS – JORDAN RICHARDS, PLLC
805 EAST BROWARD BLVD
SUITE 301
FORT LAUDERDALE, FL 33301

Received by PRESTIGE PROCESS on the 13th day of October, 2020 at 12:36 pm to be served on **Orlando Realty And Property Management, Llc Attn: Registered Agent - Jason Myers, 9129 Mid Pines Court, Orlando, FL 32819.**

I, Maranatha Bedford, being duly sworn, depose and say that on the **22nd day of October, 2020** at **10:45 am, I:**

SERVED WITHIN NAMED CORPORATION BY DELIVERING A TRUE COPY OF THIS **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** TO TINA MYERS, SPOUSE OF REGISTERED AGENT, JASON MYERS IN THE ABSENCE OF ANY OFFICER OR DIRECTOR, BUSINESS AGENT OR GENERAL MANAGER AS REQUIRED BY F.S. 48.091 , AT A PRIVATE MAILBOX OR RESIDENCE , AND INFORMING THEM OF THE CONTENTS THEREIN PURSUANT TO FLORIDA STATUTES 48.031

**Military Status:** I specifically asked the Subject/And or Parties Served if he/she is currently enrolled/active with any branch of the U.S. military service. Subject/And or Parties Served advised that at this time he/she is not with any branch of the U.S. military.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 145, Hair: BLONDE, Glasses: N

## AFFIDAVIT OF SERVICE For 6:20-CV-1865-ORL-41LRH

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of October, 2020 by the affiant who via physical presence and is personally known to me.

NOTARY PUBLIC

Maranatha Bedford
I.D. No.: 442

**PRESTIGE PROCESS**
P.O. BOX 613634
MIAMI, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2020004791

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BEVERLY GUTIERREZ,<br><br>*Plaintiff(s)*<br>v.<br>ORLANDO REALTY AND PROPERTY MANAGEMENT, LLC,<br><br>*Defendant(s)* | Civil Action No. 6:20-cv-1865-ORL-41LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ORLANDO REALTY AND PROPERTY MANAGEMENT, LLC
Attn: Registered Agent - Jason Myers
9129 Mid Pines Court
Orlando, Florida 32819


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Jordan Richards, Esquire
   USA Employment Lawyers - Jordan Richards PLLC
   805 E. Broward Blvd. Suite 301
   Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tiffany Palmer

Date: October 13, 2020

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: