UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-1865-Orl-41LRH

BEVERLY GUTIERREZ,

    Plaintiff,

v.

ORLANDO REALTY AND PROPERTY
MANAGEMENT, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, BEVERLY GUTIERREZ, by and through undersigned counsel, hereby files this Notice of Settlement and respectfully advises this Honorable Court that the Parties have fully resolved the claims in this case. Pursuant to *Bonetti v. Embarq Management Co.*, 715 F. Supp. 2d 1222 (M.D. Fla 2009), the Parties have agreed to file a joint stipulation of dismissal with prejudice as soon as the Parties finalize all settlement papers.

**Dated this 12th day of November 2020.**

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS –
JORDAN RICHARDS PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
*Counsel for Plaintiff*

By: */s/ Jake Blumstein, Esquire*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 1108372
MELISSA SCOTT, ESQUIRE
Florida Bar No. 1010123
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

*jordan@jordanrichardspllsc.com*
*melissa@jordanrichardspllc.com*
*jake@jordanrichardspllc.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on November 12, 2020.

By: */s/ Jake Blumstein, Esquire*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST:

KEITH L. HAMMOND, ESQUIRE
Florida Bar No. 0164798
keith@hammondlawcenter.com
admin@ hammondlawcenter.com
**HAMMOND LAW CENTER**
P.O. Box 547873
Orlando, Florida 32854
(407) 730-9909
Counsel for Defendant