UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BEVERLY GUTIERREZ,**

      **Plaintiff,**

v.                                      Case No. 6:20-cv-1865-CEM-LRH

**ORLANDO REALTY AND
PROPERTY MANAGEMENT,
LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement Agreement ("Motion," Doc. 17). The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the Motion be granted in part by approving the Settlement Agreement (Doc. 17-1), but striking the Settlement Agreement's modification clause, and then dismissing the case. (Doc. 18 at 7).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 17) is **GRANTED in part**.

    a. The modification clause in the Settlement Agreement, (Doc. 17-1 at 6), is **STRICKEN**.

    b. As modified herein, the parties' Settlement Agreement (Doc. 17-1) is **APPROVED**.

    c. The Motion is otherwise **DENIED**.

3. All remaining pending motions are **DENIED as moot**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record